# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO QUINTERO,<br><br>    Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendants. | 1:11-cv-00839 AWI GSA<br><br>**ORDER CLARIFYING VIABLE CLAIMS PRESENTED IN SECOND AMENDED COMPLAINT**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS** |

*Clarification of Viable Claims in Second Amended Complaint*

As directed, Plaintiff Demetrio A. Quintero timely filed a Second Amended Complaint ("SAC") in this action on December 1, 2011. (Doc. 9.) However, this Court notes that while the SAC presents a single "cause of action" pursuant to section 2000d of Title 42 of the United States Code, it appears that Plaintiff failed to delete various references to other previously dismissed causes of action in the "Nature of the Case" portion of the SAC. (Doc. 9 at 1-2, 6-11.) Thus, for purposes of a clear record, this Court reiterates that any previously asserted causes of action pertaining to sections 1981, 1983, 1985 and 1986 of Title 42 of the United States Code, as well as Plaintiff's state law claims, were dismissed on October 26, 2011. (*See* Doc. 8.)

*USM-285 Forms*

Because Plaintiff is proceeding in forma pauperis, service of the SAC will be effected by way of the United States Marshal. *See* Fed. R. Civ. P. 4(c)(3).

In accordance with the above, this Court has determined as follows:

1. Service is appropriate for Defendant Mariposa County School District;

2. The Clerk of the Court shall send Plaintiff a single USM-285 form, and summons, an instruction sheet, a copy of the SAC filed on December 1, 2011, and a copy of this Order;

3. **Within THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and return the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. A completed USM-285 form for the Defendant listed above;

    c. A copy of the endorsed SAC filed December 1, 2011; and

    d. A copy of the instant Order dated December 8, 2011;

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

5. *The failure to comply with this Order will result in a Recommendation that this action be dismissed.*


IT IS SO ORDERED.

Dated:   December 8, 2011              /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE

2