# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMETRIO QUINTERO, | ) | 1:11-cv-00839 AWI GSA |
| Plaintiff, | ) | |
| v. | ) | |
| MARIPOSA COUNTY SCHOOL DISTRICT, et al. | ) ) ) | ORDER STRIKING PLAINTIFF'S LETTER FILED ON JANUARY 25, 2013 |
| Defendants. | ) ) | (Doc. 49) |

On January 25, 2013, Plaintiff filed a letter addressed to the undersigned outlining settlement negotiations, his ability to pay the sanctions issued in this case, as well as compliance with his discovery obligations. (Doc. 49). Plaintiff did not serve opposing counsel.

Plaintiff has been advised on numerous occasions that writing a letter to the judge is ex parte communication and is not proper. Plaintiff has previously been advised of these requirements. (Doc. 10). In fact, this Court previously struck another letter Plaintiff sent to the undersigned just three weeks prior to this most recent filing. (Doc. 45). Finally, Plaintiff is advised that information regarding settlement negotiations are confidential and in particular should not be shared with the trial judge.

Given the above, the Clerk of the Court is directed to STRIKE Document 49 from the

1

docket in this case.

IT IS SO ORDERED.

Dated: **February 13, 2013**             **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2