1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMETRIO QUINTERO, | ) | 1:11-cv-839 GSA |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| MARIPOSA COUNTY SCHOOL DISTRICT, | ) | |
| Defendant, | ) | |

Pursuant to the agreement of the parties at the settlement conference held on February 25, 2013, this action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party is to bear its own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 29, 2013**          **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

1